RECEIVED
IN LAKE CHARLES, LA.

AUG 22 2013

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **NKEMJIKA BONLIONEL IKE** | **CIVIL ACTION NO. 11-CV-2170** |
| VS. | SECTION P |
| **ERIC FONTENOTE, ET AL** | **JUDGE MINALDI**<br>**MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 8] of the Magistrate Judge previously filed herein, and after an independent review of the record and noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITH PREJUDICE,** as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C. §§ 1915(e)(2)(B)(i) & (ii) and 1915A(b)(1).

Lake Charles, Louisiana, on this the 22 day of August, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE